No. 94–8915. BORKINS *v.* UNITED STATES POSTAL SERVICE ET AL., *ante,* p. 826;

No. 95–832. JENSEN *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES, *ante,* p. 1049;

No. 95–850. EL-ATTAR *v.* MISSISSIPPI STATE UNIVERSITY ET AL., *ante,* p. 1094;

No. 95–882. KELLY *v.* TREE FARM DEVELOPMENT CORP. ET AL., *ante,* p. 1094;

No. 95–5407. TIMBERLAKE *v.* LAMER, WARDEN, ET AL., *ante,* p. 1094;

No. 95–6385. ELFAKIR ET UX. *v.* AUTOMOBILE CLUB INSURANCE ASSOCIATES ET AL., *ante,* p. 1051;

No. 95–6546. TROTTIE *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, *ante,* p. 1054;

No. 95–6583. ARNDT *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 1055;

No. 95–6601. WODKIEWICZ *v.* PATENT AND TRADEMARK OFFICE BOARD OF PATENT APPEALS AND INTERFERENCES, *ante,* p. 1056;

No. 95–6813. SLAPPY *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1095;

No. 95–6840. PRYOR *v.* CITY OF DESOTO, MISSOURI, ET AL., *ante,* p. 1095;

No. 95–6974. LEWIS *v.* RUNYON, POSTMASTER GENERAL, *ante,* p. 1081; and

No. 95–7180. JAFFER *v.* UNITED STATES, *ante,* p. 1128. Petitions for rehearing denied.

No. 95–371. DOUGLAS COUNTY, OREGON *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 1042; and

No. 95–6558. ROSS *v.* ROCKWELL INTERNATIONAL ROCKETDYNE, *ante,* p. 1054. Motions for leave to file petitions for rehearing denied.